No. 3006.—STATE OF MONTANA, RESPONDENT, *v.* GEORGE D. BLAIR, APPELLANT.

*Appeal from District Court, Teton County; H. H. Ewing, Judge.*

Decided May 27, 1911.

PER CURIAM.—Respondent's motion to dismiss the appeal herein is, after due consideration, sustained and the appeal hereby dismissed.

*Mr. David J. Ryan,* for Appellant.

*Mr. Albert J. Galen,* Attorney General, for Respondent.